**2009–1866. State v. Harmon.**
Summit App. No. 24495, 2009-Ohio-4512.

**2009–1887. Searles v. State.**
Warren App. No. CA2009–05–055, 2009-Ohio-4666. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1915. State v. Jay.**
Cuyahoga App. No. 91827, 2009-Ohio-4364. Discretionary appeal accepted on Proposition of Law Nos. I and II; cause held for the decision in 2009–0477, *State v. Dunlap,* Cuyahoga App. No. 91165, 2009-Ohio-134; and briefing schedule stayed.
    LANZINGER, J., would accept the appeal on Proposition of Law No. II only.
    PFEIFER and O'DONNELL, JJ., dissent.

**2009–1926. Brookwood Presbyterian Church v. Ohio Dept. of Edn.**
Franklin App. No. 09AP–303, 2009-Ohio-4645.
    MOYER, C.J., and O'CONNOR, J., would accept the appeal on Proposition of Law Nos. I and II only.
    LANZINGER, J., dissents.

**2009–1929. In re A.K.**
Medina App. No. 09CA0025–M, 2009-Ohio-4941. Discretionary appeal accepted; cause held for the decision in 2008–1624, *In re Smith,* Allen App. No. 1–07–58, 2008-Ohio-3234; and briefing schedule stayed.

**2009–1936. Kincaid v. Erie Ins. Co.**
Cuyahoga App. No. 92101, 2009-Ohio-4372. Discretionary appeal accepted on Proposition of Law Nos. I and II.
    LUNDBERG STRATTON, O'DONNELL, and CUPP, J., would accept the appeal on all Propositions of Law.
    MOYER, C.J., and PFEIFER and LANZINGER, JJ., dissent.

**2009–1967. State v. Battistelli.**
Lorain App. No. 09CA009536, 2009-Ohio-4796.
    PFEIFER, J., dissents.

**2009–1977. State v. Goff.**
Lawrence App. No. 07CA17, 2009-Ohio-4914. Discretionary appeal accepted on Proposition of Law Nos. I, II, and III.
    PFEIFER and LANZINGER, JJ., would accept the appeal on all Propositions of Law.
    O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2009–1994. State v. Throckmorton.**
Highland App. No. 08CA17, 2009-Ohio-5344. Discretionary appeal accepted on Proposition of Law No III; cause held for the decision in 2008–0711 and 2008–1005, *State v. Joseph,* Allen App. No. 1–07–50, 2008-Ohio-1138; and briefing schedule stayed.
    MOYER, C.J., and PFEIFER, J., would accept the appeal on all Propositions of Law.
    O'DONNELL, J., dissents.
    CUPP, J., not participating.

**2009–2004. Rumpke Sanitary Landfill, Inc. v. State.**
Hamilton App. No. C–081097, 2009-Ohio-4888. Discretionary appeal accepted on Proposition of Law No. I.
    LUNDBERG STRATTON, O'DONNELL, and LANZINGER, JJ., would accept the appeal on all Propositions of Law.
    MOYER, C.J., and PFEIFER and O'CONNOR, JJ., dissent.

**2009–2028. State v. Davis.**
Licking App. No. 09–CA–0019, 2009-Ohio-5175. Discretionary appeal accepted on Proposition of Law No. I.
    MOYER, C.J., and LUNDBERG STRATTON and LANZINGER, JJ., would also accept the appeal on